UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MISTY D. BROWN,

        Plaintiff,

  v.

DAVID STEINER,

        Defendant.

Case No.  25-cv-10040-AGT

**SUPPLEMENTAL BRIEFING ORDER**

Re: Dkt. No. 20

Defendant David Steiner, in his capacity as Postmaster General for the United States Postal Service (USPS), has moved to dismiss Plaintiff Misty Brown's first amended complaint. Dkt. 20. USPS's motion addresses all of Brown's claims; however, for the retaliation claim, the motion doesn't directly confront the allegation that USPS subjected Brown to an adverse employment action by "making false OWCP submissions" and "challenging valid witness evidence" during EEOC proceedings. Dkt. 14, FAC ¶ 57; *see also id.* ¶¶ 32–38.

The Court would benefit from briefing on that portion of the retaliation claim and requests that USPS submit a supplemental brief on the retaliation claim, not exceeding five pages, by May 1, 2026. Brown may submit a supplemental responsive brief, not exceeding five pages, by May 8, 2026. The hearing on the motion to dismiss is continued to May 22,

2026. The initial case management conference is continued to June 26, 2026.

**IT IS SO ORDERED.**

Dated: April 27, 2026

Alex G. Tse
United States Magistrate Judge