UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MISTY D. BROWN,

Plaintiffs,

v.

DAVID STEINER,

Defendants.

Case No. 25-cv-10040-AGT

**CASE MANAGEMENT ORDER**

The Court sets the following case deadlines, none of which will be modified without Court approval upon a showing of good cause.

| **Event** | **Deadline** |
|---|---|
| Last day to move to join parties or amend pleadings | January 15, 2027 |
| Fact discovery cutoff | May 28, 2027 |
| Initial expert witness disclosures | June 25, 2027 |
| Rebuttal expert witness disclosures | July 23, 2027 |

| | |
|---|---|
| Expert discovery cutoff | August 27, 2027 |
| Deadline to file dispositive motions | September 24, 2027 |

**IT IS SO ORDERED.**

Dated: October 5, 2026

Alex G. Tse
United States Magistrate Judge